UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14076-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAGDALENA GRABOWIECKA,

    Defendant.

_____/



FILED by _____ D.C.

MAY 24 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### REPORT AND RECOMMENDATION ON APPROPRIATENESS OF COUNSEL'S CJA VOUCHER FOR ATTORNEY'S FEES [VOUCHER #FLS 06 1388]

**THIS CAUSE** having come on to be heard upon the aforementioned CJA Voucher and this Court having reviewed the voucher, the attachments and counsel for the Defendant Grabowiecka having advised Chambers of the undersigned United States Magistrate Judge that he did not require a hearing on this matter, this Court recommends to the District Court as follows:

    1.    The maximum amount permitted under the statute, 18 USC §3006A, is $7,000.00 in attorney's fees. Counsel for the Defendant seeks reimbursement of $7,534.80 as reasonable attorney's fees at the hourly rates provided for based upon the Judiciary Appropriations Act of 2006, i.e., $92.00 per hour.

    2.    This Court has reviewed the voucher as well as the attachments provided by Mr. Patanzo in support of his application. Additionally, this Court contacted Mr. Patanzo, counsel for the Defendant, and inquired as to whether or not he wished to have a hearing in this matter. Mr. Patanzo advised this Court that he did not require a hearing in regards

to his CJA Voucher submission.

3.  Pursuant to 18 USC §3006A(d)(3), the maximum amounts may be waived if the Court makes a specific finding and certifies that the case was "extended" or "complex". Extended is defined as a case requiring more time than the normal case. A complex case is defined as one involving facts unusual so as to justify expenditure of more time, skill and effort than normal.

4.  The underlying case involved an indictment charging the Defendant with bringing in or harboring aliens. The case began in November of 2006. The case was resolved by entry of a change of plea two months thereafter on January 16, 2007. The Defendant was sentenced on April 2, 2007. There appear to be no substantive pretrial motions in the case. Additionally, this Court conducted the pretrial detention hearing in respect to this Defendant and there were no unusual, complex or involved facts aside from the normal criminal case which appears before this Court.

5.  This Court appreciates the representation that Mr. Patanzo provided the Defendant in this case and in all cases in which he accepts appointment pursuant to the Criminal Justice Act. However, this Court cannot in good conscience classify this case as complex or extended based upon the history and the manner of disposition. See United States v. Perez, 2007 WL 788879 (S.D. Fla. 2007) and United States v. Bridges, 2007 WL 988866 (S.D. Fla. 2007).

6.  Based upon this Court's findings that the matter was not complex nor extended, Mr. Patanzo is limited to recovery of $7,000.00 in attorney's fees as the maximum provided by statute. While all of the charges listed by Mr. Patanzo seem to be reasonable, there is no legitimate legal cause for exceeding the statutory maximum permitted in these types of cases. The additional charges of $835.45 for mileage and costs which have been

reviewed by this Court as well as the CJA Voucher Administrator appear to be reasonable and required for Mr. Patanzo to properly represent the Defendant in this case. The CJA Voucher Administrator has previously gone through these expenses and has adjusted them as reflected on the face of the voucher in red ink. This Court agrees with the adjustments made by the CJA Voucher Administrator.

7. The mileage costs do not exceed those permitted. Therefore, Mr. Patanzo should be reimbursed for those expenses in the amount of $835.45 together with reasonable attorney's fees in the amount of $7,000.00, for a total of $7,835.45 for representation of the Defendant in this case.

**ACCORDINGLY**, this Court recommends to the District Court that the CJA Voucher #FLS 06 1388 be **GRANTED** only insofar as Mr. Patanzo should be awarded the sum of $7,000.00 as attorney's fees and the sum of $835.45 as costs, for a total sum of $7,835.45.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, United States District Judge assigned to this case.

**DONE AND ORDERED** this _____ day of May, 2007, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Jose E. Martinez
AUSA Diana Acosta
Peter T. Patanzo, Esq.
Lucy Lara, CJA/Case Administrator