UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 06-14076-CR-MARTINEZ**

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

MAGDALENA GRABOWIECKA,

     Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
ON APPROPRIATENESS OF COUNSEL'S CJA VOUCHER
FOR ATTORNEY'S FEES [VOUCHER #FLS06 1388]**

     **THIS CAUSE** came before the Court upon the Report and Recommendation issued by United States Magistrate Judge Frank J. Lynch, JR., on May 24, 2007.  The Report and Recommendations recommends to this Court, that counsel Peter T. Patanzo, be paid  **$7,835.45** for his representation of the defendant in this matter. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed.  Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

     **ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch, Jr's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

     **DONE AND ORDERED** in Chambers at Miami, Florida, this   8th   day of June, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Frank J. Lynch, Jr.
Peter T. Patanzo, Esq
CJA Administrator